JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GREY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN SUTTON,<br><br>　　　　　Respondent. | Case No. 2:20-cv-5355-SB (SK)<br><br>JUDGMENT |

Pursuant to the Order Denying Habeas Petition and Denying Certificate of Appealability, IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: July 6, 2022

　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge